

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

January 25, 2008

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road,
Suite 320,
Baltimore, MD  21208

Re:  Douglas Beach and Pamela Beach, Pltfs. vs. Medtronic, Inc., et al., including Medtronic Puerto Rico, Inc., Dfts.

Case No.  1:08-cv-00055

Dear Sir/Madam:

We are herewith returning the Summons, Notice, Initial Electronic Case Filing, Registration Form, Cover Sheet, Complaint which we received regarding the above captioned matter.

Medtronic Puerto Rico, Inc. is not listed on our records or on the records of the State of DC.

Very truly yours,

Louis Lance
Fulfillment Specialist

Log# 513016319

FedEx Tracking # 7997 9099 6562

cc:  District Court
     United States Courthouse,
     1225 E. Barrett Prettyman,
     333 Constitution Avenue, N.W.,
     Washington, DC  20001



CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

January 25, 2008


Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road,
Suite 320,
Baltimore, MD 21208

Re: Douglas Beach and Pamela Beach, Pltfs. vs. Medtronic, Inc., et al., including Medtronic Puerto Rico Operations Co., Dfts.

Case No. 1:08-cv-00055  *PLF*

Dear Sir/Madam:

We are herewith returning the Summons, Notice, Initial Electronic Case Filing, Registration Form, Cover Sheet, Complaint which we received regarding the above captioned matter.

Medtronic Puerto Rico Operations Co. is not listed on our records or on the records of the State of DC.

Very truly yours,

Louis Lance
Fulfillment Specialist

Log# 513016385

FedEx Tracking # 7997 9099 6532

cc: District Court
    United States Courthouse,
    1225 E. Barrett Prettyman,
    333 Constitution Avenue, N.W.,
    Washington, DC 20001