A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  )  |  |
| --- | --- | --- |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____  as counsel in this
             (Attorney's Name)

case for:_____
               (Name of party or parties)


_____          /s/ Michael E. Lackey, Jr.
Date                                     _____
                                         Signature

                                         _____
_____          Print Name
BAR IDENTIFICATION
                                         _____
                                         Address

                                         _____
                                         City        State        Zip Code

                                         _____
                                         Phone Number