A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____ as counsel in this
                                            (Attorney's Name)

case for:_____
                        (Name of party or parties)


_____           /s/ David M. Gossett
Date                                     _____
                                         Signature

                                         _____
_____           Print Name
BAR IDENTIFICATION
                                         _____
                                         Address

                                         _____
                                         City        State       Zip Code

                                         _____
                                         Phone Number