**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DOUGLAS BEACH and PAMELA BEACH, | : | CASE NO. 1:08-cv-00055 |
| Plaintiffs, | : : : | **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON PENDING MDL MOTIONS** |
| v. | : : | |
| MEDTRONIC, INC., et al., | : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants Medtronic, Inc., Medtronic Puerto Rico, Inc., n/k/a Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co. (collectively "Medtronic") by and through their undersigned counsel of record, the proposed stay pursuant to a stipulation based on the following facts:

This case involves allegations that Medtronic's Sprint Fidelis Leads caused injury to Plaintiffs. Over 85 lawsuits involving similar claims are pending in numerous District Courts around the country. Several plaintiffs in those cases have filed pleadings with the Judicial Panel on Multidistrict Litigation (the "Panel") requesting that an MDL be formed to handle this litigation in a single District Court for the sake of just and efficient resolution of common pretrial issues. Medtronic has agreed that transfer for coordinated or consolidated treatment would be appropriate, and no party has opposed MDL treatment of this litigation. The Panel conducted a hearing on January 30, 2008, to consider these MDL motions, and the parties expect that the Panel will issue an order to consolidate these cases in one judicial district in the near future. For these reasons, the proposed stay is predicted to be short in duration.

As of this date, at least thirty-four (34) other Sprint Fidelis cases pending in federal court have been stayed either by agreement of the parties or order of Court until after the Panel decides the pending transfer motions. In the interest of conserving judicial resources and avoiding potentially duplicative pretrial proceedings in this case, the parties hereby stipulate and agree to a stay of all proceedings in this action until 30 days after the Panel's decision on the pending MDL motions. This stay includes, but is not limited to: (1) any disclosures under Rule 26 of the Federal Rules of Civil Procedures or early meeting of counsel; (2) the time period for Medtronic to answer, move or otherwise respond to the Complaint; and (3) other discovery and pretrial deadlines.

This Stipulation is without prejudice to either party (or both parties) seeking a further stay, either from this Court or from the transferee court, after the Panel issues an order ruling on the pending motions for transfer pursuant to 28 U.S.C. § 1407.

IT IS SO STIPULATED.

Dated: February 14, 2008          Respectfully submitted,

                                  Mayer Brown LLP


                                  By:     /s/ David M. Gossett
                                          David M. Gossett

                                  Michael E. Lackey, Jr.
                                  David M. Gossett
                                  Mayer Brown LLP
                                  1909 K Street, Northwest
                                  Washington, D.C. 20006-1101
                                  mlackey@mayerbrown.com
                                  dgossett@mayerbrown.com
                                  (202) 263-3000 (t)
                                  (202) 263-3300 (f)

*Attorneys for Defendants Medtronic, Inc., Medtronic Puerto Rico, Inc.,n/k/a Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*

Dated: February 14, 2008                Respectfully submitted,

Janet, Jenner & Suggs, L.L.C.


By:   /s/ John Cord
        John Cord

John Cord
Robert K. Jenner
Hal J. Kleinman
Janet, Jenner & Suggs, L.L.C.
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208
JCord@medlawlegalteam.com
(410) 653-3200 (t)
(410) 653-6903 (f)

*Attorneys for Plaintiffs*


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: February ___, 2008

                        Honorable Paul L. Friedman