A CERTIFIED TRUE COPY

MAR 13 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED

MAR 1 8 2009

U.S. DISTRICT COURT MPLS

Case 1:08-cv-00055-PLF   Document 6   Filed 04/02/2008   Page 2 of 4
Case 0:08-md-01905-RHK-JSM   Document 6   Filed 03/17/2008   Page 2 of 4

Page 1 of 3

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  5  08-70 | Harold Ferguson v. Medtronic, Inc., et al. |
| **ARIZONA** | |
| AZ  3  08-8000 | Vincent H. Yazzie, etc. v. Medtronic, Inc., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  07-8119 | Tommie Paddock v. Medtronic, Inc. |
| CAC  2  07-8392 | Imogene Lovings v. Medtronic, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  07-6352 | Roseann Mitchell, et al. v. Medtronic, Inc., et al. |
| CAN  3  07-6474 | Rashid Hunter v. Medtronic, Inc., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC  1  08-55 | Douglas Beach, et al. v. Medtronic, Inc., et al. |
| DC  1  08-128 | Richard Shadwick v. Medtronic, Inc. |
| **FLORIDA MIDDLE** | |
| FLM  3  07-1223 | Richard J. Bernard v. Medtronic, Inc., et al. |
| FLM  8  07-1857 | Larry Diver, etc. v. Medtronic, Inc. |
| **FLORIDA SOUTHERN** | |
| FLS  0  08-60091 | John Ansbaugh v. Medtronic, Inc., et al. |
| FLS  0  08-60092 | Thomas Schoett v. Medtronic, Inc., et al. |
| FLS  1  07-23045 | Herbert Mayo v. Medtronic, Inc. |
| **IOWA NORTHERN** | |
| IAN  1  07-104 | Violet Klein, et al. v. Medtronic, Inc. |
| **IOWA SOUTHERN** | |
| IAS  4  08-28 | Diane Lovell, etc. v. Medtronic, Inc. |
| **INDIANA SOUTHERN** | |
| INS  1  07-1556 | Charles R. Phillips v. Medtronic, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  07-9737 | Lois Earline Bogle, et al. v. Medtronic, Inc., et al. |

Case 1:08-cv-00055-PLF    Document 6    Filed 04/02/2008    Page 3 of 4
Case 0:08-md-01905-RHK-JSM    Document 6    Filed 03/17/2008    Page 3 of 4

Page 2 of 3

# MDL No. 1905 - Schedule CTO-1 Tag Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **LOUISIANA MIDDLE** | |
| LAM 3 07-923 | Vertrena Wilkinson Crum v. Medtronic, Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE 4 07-2052 | James C. Williams v. Medtronic, Inc. |
| **MISSOURI WESTERN** | |
| MOW 2 07-4254 | William Bruening v. Medtronic, Inc., et al. |
| MOW 3 08-5004 | Larry Howard v. Medtronic, Inc., et al. |
| MOW 4 08-35 | William Stutz v. Medtronic, Inc., et al. |
| **NORTH DAKOTA** | |
| ND 1 07-90 | Winnifred Leverson v. Medtronic, Inc., et al. |
| ND 1 08-14 | LeRoy Senn v. Medtronic, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 08-121 | Maria Wood, et al. v. Medtronic, Inc. |
| NJ 3 08-563 | Janice Schwimmer v. Medtronic, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-5194 | Kareem Abdul-Akbar, et al. v. Medtronic, Inc. |
| NYE 1 08-187 | Aracelis Diaz, et al. v. Medtronic, Inc. |
| NYE 2 08-108 | Marc Sicklick v. Medtronic, Inc., et al. |
| NYE 2 08-153 | Kevin Zeluck v. Medtronic, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 6 08-6058 | Ralph Dean, et al. v. Medtronic, Inc. |
| **OHIO NORTHERN** | |
| OHN 1 08-71 | Thomas E. Allen v. Medtronic, Inc., et al. |
| OHN 5 07-3766 | Howard J. Varner v. Medtronic, Inc., et al. |
| **PUERTO RICO** | |
| PR 3 07-2128 | Cruz Reyes-Rivera, et al. v. Medtronic, Inc., et al. |
| PR 3 07-2135 | Diego Maldonado-Ocasio, et al. v. Medtronic, Inc., et al. |
| PR 3 07-2161 | Don Bailey, et al. v. Medtronic, Inc., et al. |
| PR 3 07-2162 | Dominick Barbera v. Medtronic, Inc., et al. |
| PR 3 07-2163 | Chester V. Smith, Jr. v. Medtronic, Inc., et al. |
| PR 3 07-2169 | Juan Orta-Rodriguez v. Medtronic, Inc., et al. |
| PR 3 07-2170 | Fernando Ortiz-Gomez v. Medtronic, Inc., et al. |
| PR 3 08-1041 | Thomas Aderman, et al. v. Medtronic, Inc., et al. |
| PR 3 08-1122 | Annie McNeese, et al. v. Medtronic, Inc., et al. |

Case 1:08-cv-00055-PLF  Document 6  Filed 04/02/2008  Page 4 of 4
Case 0:08-md-01905-RHK-JSM  Document 6  Filed 03/17/2008  Page 4 of 4

Page 3 of 3

# MDL No. 1905 - Schedule CTO-1 Tag Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS EASTERN** | |
| TXE 2 08-17 | Donald Larry Jackson v. Medtronic, Inc., et al. |
| TXE 5 08-19 | Larry Easter, et al. v. Medtronic, Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 5 07-942 | Salina Marie Badillo v. Medtronic, Inc. |
| **VIRGINIA EASTERN** | |
| VAE 1 07-1309 | William Murray, et al. v. Medtronic, Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 07-752 | Ted Carter v. Medtronic, Inc. |
| WVS 2 07-800 | Deborah K. Fulks v. Medtronic, Inc., et al. |
| WVS 2 07-809 | Billie Fetty v. Medtronic, Inc., et al. |
| WVS 2 07-812 | Betty Allamong v. Medtronic, Inc., et al. |
| WVS 2 07-813 | Ruth Russell, etc. v. Medtronic, Inc., et al. |
| WVS 2 08-2 | Edith A. Lily, etc. v. Medtronic, Inc., et al. |
| WVS 3 07-958 | Paul McFeeley, et al. v. Medtronic, Inc., et al. |