**Mary Kaye Conery/MND/08/USCOURTS**
03/26/2008 02:35 PM

To
Nancy Mayer-Whittington/DCD/DC/USCOURTS@USCOURTS

cc
PANELMDL/DCA/JPML/USCOURTS@USCOURTS

Subject
Re:  MDL 1905 - Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation


Re:  MDL 1905 - Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation

**Transfer of Civil Cases**
Douglas Beach v. Medtronic, Inc., C.A. No. 1: 08-55     MN No. 08-718 RHK/JSM
Richard Shadwick  v. Medtronic, Inc., et al., C.A. No. 1:08-128    MN No.   08-719 RHK/JSM


Attached is a certified copy of the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the District of Minnesota pursuant to 28 U.S.C. § 1407.   Senior Judge Richard H. Kyle is presiding over this litigation.

When the case(s) have been closed in your District please follow these procedures:
1.  Initiate the civil case transfer functionality in CM/ECF:  **Extract Civil Case**
2.  When prompted to select the Court choose **Minnesota**.
3.  In Remarks, please indicate who the contact person is in your court regarding this case.

   **Please Note**:  After competing this process the NEF screen will display the following message:  Sending e-mail to InterdistrictTransfer MND@mnd.uscourts.gov.  If the message is not displayed we have not received notice.

We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality please contact the clerks at the following email addresses and documents will be retrieved using the court's pacer account:

Mary_Kaye_Conery@mnd.uscourts.gov
Vickie Moralez@mnd.uscourts.gov

If you have any questions, please call Mary Kaye Conery at 612-664-5004.

Mary Kaye Conery
Civil Supervisor